**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

David Holmes,

Plaintiff,

v.

North Vista Hospital Dr. Gregory Piestrupt,

Defendant.

Case No. 2:24-cv-01544-JAD-DJA

**Order**

Before the Court is pro se Plaintiff David Holmes' motion for a 120-day extension to respond to the Court's August 21, 2025, order to show cause. (ECF No. 25). That order to show cause required Plaintiff to respond to the order on or before September 22, 2025. (ECF No. 20). Plaintiff missed that deadline and filed his instant motion on October 14, 2025. (ECF No. 25).

However, the Court's mail to Plaintiff containing the order to show cause was returned as undeliverable. (ECF No. 21). Plaintiff also updated his inmate number on September 23, 2025. (ECF No. 22). And although much of Plaintiff's arguments in his motion are not relevant to the Court's determination of his motion to extend time, Plaintiff explains that he is experiencing mobility issues and therefore struggles to walk uphill, presumably to the law library. (ECF No. 25).

Given the fact that Plaintiff's mail was returned as undeliverable, that his inmate number was incorrect, and that Plaintiff is experiencing difficulty walking, the Court finds good cause and excusable neglect to warrant granting Plaintiff's motion in part. *See* Fed. R. Civ. P. 6(b); *see* LR 26-3. The Court denies it in part regarding the length of time Plaintiff asks the Court to extend

time. The Court will only extend the deadline for Plaintiff to respond to the order to show cause to November 24, 2025.[1]

**IT IS THEREFORE ORDERED** that Plaintiff's motion for extension of time to respond to the Court's order to show cause (ECF No. 25) is **granted in part and denied in part.** It is denied in part regarding the length of extension Plaintiff seeks. It is granted in part in all other respects. Plaintiff shall have until **November 24, 2025,** to file a response to the order to show cause (ECF No. 20).

**IT IS FURTHER ORDERED that failure to meet the November 24, 2025, deadline will result in the Court recommending dismissal of this action.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: October 17, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] This is sixty days after September 24, 2025, the deadline for Plaintiff to file his responses to the Court's nearly-identical orders to show cause in Plaintiff's other two cases, *Holmes v. Internal Affairs NLV*, No. 2:24-cv-01414-GMN-DJA and *Holmes v. The State of Nevada, et al.*, No. 2:24-cv-01525-APG-DJA. Plaintiff has filed motions extend time in each of these cases. So, for the purposes of uniformity, the Court sets the same deadline for Plaintiff's responses to the orders to show cause in each of the three cases.